```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY M. ESPINAL LORA,

           Plaintiff,

    -against-

COWAN INTERMODAL GROUP, LLC, and
STEPHAN K. WIRTZ,

           Defendants.

1: 23-cv-9013-MKV

ADJOURNMENT ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Initial Pretrial Conference currently scheduled for **February 28, 2024 at 11:00 AM** is hereby rescheduled to a remote conference on **February 9, 2024 at 2:00 PM**. The parties shall dial (646) 453-4442 and use Conference ID 962 724 818#.

    As stated in the Court's previous order at ECF No. 7, **on or before February 2, 2024** (one week before the conference) the parties shall file on ECF a Joint Letter and Proposed Case Management Plan, as described in the Court's Individual Rules of Practice in Civil Cases. The joint letter may not exceed 6 pages and must include the following:

1. A brief statement of the nature of the case, the principal claims and defenses, and the major legal and factual issues that are most important to resolving the case;

2. A brief statement by the plaintiff, or by the defendants in removed cases, as to the basis of subject matter jurisdiction and venue, and a brief statement by each other party as to the presence or absence of subject matter jurisdiction and venue. Statements shall include citations to relevant statutes. In cases invoking the Court's diversity jurisdiction, the parties should state both the place of incorporation and the principal place of business of any party that is a corporation, and the citizenship of all members,

shareholders, partners, and/or trustees of any party that is a partnership, limited partnership, limited liability company, or trust;

3. A statement of procedural posture, including

    a. A brief description of any (i) motions that have been made and decided, (ii) motions that any party seeks or intends to file, including the principal legal and other grounds in support of and opposition to the motion, (iii) pending motions and (iv) other applications that are expected to be made at the conference;

    b. A brief description of any discovery that has already taken place, and a brief description of any discovery that the parties intend to take in the future; and

    c. A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and

4. Any other information the parties believe may assist the Court in resolving the action.

Any request for an adjournment must be filed on ECF at least 48 hours before the deadline.

**Failure to comply with the Court's orders may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.**

**SO ORDERED.**

**Date:  January 23, 2024**　　　　　　　　　　　　　　　　　　_____
**　　　　New York, NY**　　　　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**