```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/20/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY M. ESPINAL LORA,

            Plaintiff,

-against-

COWAN INTERMODAL GROUP, LLC, and
STEPHAN K. WIRTZ,

            Defendants.

1:23-cv-9013-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The trial scheduled in this matter to commence on April 1, 2025, [ECF No. 33], is ADJOURNED *sine die* due to the pending motion for summary judgment before the Court.

**SO ORDERED.**

**Date: February 20, 2025**
**New York, NY**

                                              **MARY KAY VYSKOCIL**
                                              **United States District Judge**