## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

NANCY M. ESPINAL LORA,

                Plaintiff,              23 **CIVIL** 9013 (MKV)

  -against-                **<u>JUDGMENT</u>**

COWMAN INTERMODAL GROUP, LLC and
STEPHEN K. WIRTZ,

                Defendants.

-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 29, 2025, Defendants' Motion for Summary Judgment is GRANTED. Defendants' Motion to Preclude testimony from one of Plaintiff's treating physicians is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      September 30, 2025

                                                      **TAMMI M. HELLWIG**

                                                         **Clerk of Court**

                                **BY:**

                                                         **Deputy Clerk**