UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

NANCY M. ESPINAL LORA,

Plaintiff,

-against-

COWAN INTERMODAL GROUP, LLC, and STEPHAN K. WIRTZ,

Defendants.

1:23-cv-9013-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

On November 19, 2026, the United States Court of Appeals for the Second Circuit vacated this Court's final judgment granting summary judgment for Defendants and remanded the action to this Court. [ECF No. 59]. Accordingly, the Court directs counsel for all parties to appear at a Status Conference on **December 9, 2026 at 1:00 PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

The parties are reminded that failure to comply with court orders, the Federal Rules of Civil Procedure, the Local Rules, and this Court's Individual Rules of Practice may result in sanctions, including: monetary penalties on counsel and the parties; preclusion of claims, defenses, evidence, and motion practice; and the case-terminating sanctions of dismissal and default judgment.

**SO ORDERED.**

**Date: November 19, 2026**
**New York, NY**

Mary Kay Vyskocil
MARY KAY VYSKOCIL
United States District Judge